UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MARLON EMMANUEL,                      Docket No.: 15 CV 1034

                Plaintiff,          **NOTICE OF APPEARANCE**

  -against-

CITY OF NEW YORK, OFFICERS JOHN DOE
#1 through #3 of the NEW YORK CITY POLICE
DEPARTMENT, TARGET CORPORATION,
AND TARGET EMPLOYEES JOHN DOE
#4 through #7,

               Defendants.
---------------------------------------------------------X

      PLEASE TAKE NOTICE that Michael Bojbasa of Connell Foley LLP hereby enters an appearance on behalf of defendant, TARGET CORPORATION.


Dated:  New York, New York
         August 10, 2015

                                       CONNELL FOLEY LLP

                                       _____
                                       MICHAEL J. CROWLEY
                                       **MICHAEL BOJBASA**
                                       Attorneys for the Defendants
                                       **TARGET CORPORATION**
                                       888 Seventh Avenue, 9th Floor
                                       New York, New York 10106
                                       (212) 307-3700

3470098-1

TO:    **BRIAN L. BROMBERG, ESQ.**
       **BROMBERG LAW OFFICES, P.C.**
       Attorneys for Plaintiff
       **MARLON EMMANUEL**
       26 Broadway, 21st Floor
       New York, NY 10004
       (212) 248-7906

       **JONATHAN A. FINK, ESQ.**
       **FINK & KATZ, PLLC**
       Attorneys for Plaintiff
       **MARLON EMMANUEL**
       40 Exchange Place, Suite 2010
       New York, NY 10005
       (212) 358-1373

       **ZACHARY W. CARTER**
       Corporation Counsel of the City of New York
       Attorneys for Defendant
       **CITY OF NEW YORK**
       100 Church Street
       New York, NY 10007

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK )

DAWN CAMMAYO, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Matawan, New Jersey.

On August 10, 2015, deponent served the within **NOTICE OF APPEARANCE** upon:

BRIAN L. BROMBERG, ESQ.
BROMBERG LAW OFFICES, P.C.
Attorneys for Plaintiff
MARLON EMMANUEL
26 Broadway, 21st Floor
New York, NY 10004

JONATHAN A. FINK, ESQ.
FINK & KATZ, PLLC
Attorneys for Plaintiff
MARLON EMMANUEL
40 Exchange Place, Suite 2010
New York, NY 10005

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorneys for Defendant
CITY OF NEW YORK
100 Church Street
New York, NY 10007

being the address designated by said attorneys/parties for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DAWN CAMMAYO

Sworn to before me this
10th day of August, 2015

_____
Notary Public

MICHAEL BOJBASA
Notary Public, State of New York
No. 02BO6260830
Qualified in Queens County
Commission Expires: 5/7/16

3470098-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK          Docket No. 15 CV 1034

---

MARLON EMMANUEL,

                                                Plaintiff,

    -against-

CITY OF NEW YORK, OFFICERS JOHN DOE
#1 through #3 of the NEW YORK CITY POLICE
DEPARTMENT, TARGET CORPORATION,
AND TARGET EMPLOYEES JOHN DOE
#4 through #7,

                                               Defendants.

---

## NOTICE OF APPEARANCE

---

                        **CONNELL FOLEY LLP**
                         *Attorneys for Defendant*
                        **TARGET CORPORATION**
                        888 7th Avenue - 9th Floor
                        New York, New York 10106
                        Tel.: (212) 307-3700
                        Fax: (212) 262-0050